36a 149
88a 189

JOHN K. LINCOLN, Plaintiff in Error, *v.* JOSEPH HILBUS, Defendant in Error.

*Judgment—Irregularity—Appearance.*—Smith's Adm'r v. Rollins, 25 Mo. 408, affirmed. A party appearing in court to move to set aside a judgment against him for irregularity, is in court for that purpose only.

### *Error to Clay Circuit Court.*

This case comes precisely within the principles enunciated in Smith's Adm'r v. Rollins, 25 Mo. 408. The plaintiff in error had a right to appear in court to have a judgment against him set aside that was wholly irregular ; but he was in court for one purpose and for one only.

The judgment will be reversed and the cause remanded. The other judges concur.

————◦◦◦————

STATE OF MISSOURI, Appellant, *v.* JOHN PHILLIPS *et al.*, Respondents.

*Appeal.*—Dismissed for failing to prosecute.

### *Appeal from Livingston Circuit Court.*

It appearing from the record in this cause that the appellant has failed to prosecute her appeal herein, and no sufficient cause being shown for such failure, the motion to dismiss is sustained. The other judges concur.